DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REHABILITATION CENTER AT HOLLYWOOD HILLS, LLC,**
Appellant,

v.

**STATE OF FLORIDA,
AGENCY FOR HEALTH CARE ADMINISTRATION,**
Appellee.

No. 4D19-293

[February 13, 2020]

Appeal from the State of Florida, Agency for Health Care Administration, L.T. Case No. 2017011570.

Geoffrey D. Smith, Susan C. Smith and Stephen B. Burch of Smith & Associates, Tallahassee, for appellant.

J. Stephen Menton, Stephen A. Ecenia, Gabriel F.V. Warren and Tana D. Storey of Rutledge Ecenia, P.A., Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***